**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **PAUL GILSTRAP,** : | |
| : | |
| **Claimant** : | |
| : | |
| v.  : | |
| : | 5:05-CV-165 (WDO) |
| **JO ANNE BARNHART, Commissioner of** : | |
| **Social Security,** : | |
| : | |
| **Respondent** : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss this social security appeal, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.  This appeal is dismissed.

**SO ORDERED this 8th day of February, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**